# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> JOHNNIE K. DREWERY, ) <br> ) <br> Defendant. ) <br> ) | No. 21-CR-331-D <br><br> Violation: <br><br> 18 U.S.C. § 242 |

## INFORMATION

The United States Attorney charges:

### Introduction

At all times relevant to this Information:

1. The Grady County Jail in Chickasha, Oklahoma, was a facility responsible for the custody, control, care, and safety of inmates, including individuals convicted of state crimes who awaited transfer to other detention centers.

2. Defendant **JOHNNIE K. DREWERY** was a ranking Sergeant, who was employed as a Correctional Officer at the Grady County Jail.

1

3. On or about July 11, 2020, D.H. was a person in the custody and care of the Grady County Jail prior to his transfer to another detention center in Atwater, California.

## COUNT 1
### (Deprivation of Rights Under Color of Law)

4. The United States Attorney incorporates paragraphs 1-3 by reference.

5. On or about July 11, 2020, in the Western District of Oklahoma, ------------------------------JOHNNIE K. DREWERY,----------------------------- while acting under color of law, as a ranking Sergeant and Correctional Officer at the Grady County Jail, willfully deprived D.H. of the right, secured and protected by the Constitution and laws of the United States, to be free from cruel and unusual punishment. In particular, **DREWERY** opened a locked cell door, lunged toward D.H., and struck and kneed D.H. The offense resulted in bodily injury to D.H.

All in violation of Title 18, United States Code, Section 242.

ROBERT J. TROESTER
Acting United States Attorney

*Julia E. Barry*

JULIA E. BARRY
Assistant U.S. Attorney


KRISTEN M. CLARK
Assistant Attorney General
Civil Rights Division
U.S. Department of Justice


LAURA B. GILSON
Trial Attorney
Criminal Section, Civil Rights Division